# EXHIBIT A



# EXHIBIT B

**Counter Notice**

Dear ROBLOX,
This letter is written in response to your notification to me of a complaint received about my UGC hats. The hats in question are:
UGC Asset ID: 114722022285252
UGC Asset ID: 80212507073191
UGC Asset ID: 87479497458134

My response to this complaint is as follows:
Allegations of Copyright Violation / Digital Millennium Copyright Act
The claims of copyright violation should be rejected because:
1. The material in question is not copyrighted, or the copyright has expired. It is therefore in the public domain and may be reproduced by anyone.
2. The complainant has provided no copyright registration information or other tangible evidence that the material in question is in fact copyrighted, and I have a good faith belief that it is not. The allegation of copyright violation is therefore in dispute, and at present unsupported.
3. The complainant does not hold the copyright to the material in question and therefore lacks standing to assert that my use of the material is a violation of any of the owner's rights.
4. My use of the material is legally protected because it falls within the "fair use" provision of the copyright regulations, as defined in 17 USC 107. If the complainant disagrees that this is fair use, they are free to take up the matter with me directly, in the courts. You, ROBLOX, are under no obligation to settle this dispute, or to take any action to restrict my speech at the behest of this complainant. Furthermore, siding with the complainant in a manner that interferes with my lawful use of your facilities could constitute breach of contract on your part.

I declare, under penalty of perjury, that I have a good faith belief that the complaint of copyright violation is based on mistaken information, misidentification of the material in question, or deliberate misreading of the law.
I hereby consent to the jurisdiction of Federal District Court for the judicial district in which I reside.
I agree to accept service of process from the complainant.

Billy Johnson
2438 6th Ave, Ketchikan, Alaska 99901, USA
Phone: 1-907-225-9273
Email: ugcdevelop@mail.com

*Billy Johnson*